FILED

APR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
----------------------------------------x
UNITED STATES OF AMERICA,

    -against-

ANDREW L. CARR,

           Defendant.
----------------------------------------x

DOCKET NO. CR-06-90 G.K.

ORDER OF CONTINUANCE

IT IS HEREBY ORDERED that the above matter be continued at the request of the defendant until _May 31_, 2006 at _2 p.m._ o'clock.

Dated: _April 28, 2006_

                                             GLADYS KESSLER
                                             U.S. DISTRICT COURT JUDGE