

RECEIVED
APR ? '06
CHAMBERS OF
JUDGE KESSLER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
--------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

ANDREW L. CARR,

             Defendant.
--------------------------------------------x

DOCKET NO. CR-06-90 G.K.

NOTICE OF MOTION
FOR A CONTINUANCE

    PLEASE TAKE NOTICE that upon the annexed Affidavit of MICHAEL JUDE JANNUZZI, ESQ., sworn to on the 28th day of April, 2006, the defendant, ANDREW L. CARR, moves this Court before the Honorable Gladys Kessler, United States District Court, District of Columbia, 333 Constitution Avenue, Washington, D.C., 20001, Court Room 26A, on May 1, 2006, seeking an Order granting a continuance at the defendant's request and for such other and further relief as this Court deems just, proper and equitable.

Dated: Huntington, New York
       April 28, 2006

                              Yours, etc.,

                              MICHAEL JUDE JANNUZZI, ESQ.
                              Bar Number Pending
                              Attorney for Defendant
                              775 Park Avenue, Suite 205
                              Huntington, New York 11743
                              (631) 385-8182

Let this be filed. J. Kessler, 4/28/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------x
UNITED STATES OF AMERICA,

DOCKET NO. CR-06-90 G.K.

-against-

AFFIDAVIT IN SUPPORT OF
MOTION FOR A CONTINUANCE

ANDREW L. CARR,

Defendant.
-------------------------------------------------------x

STATE OF NEW YORK)
                 )SS.:
COUNTY OF SUFFOLK)

MICHAEL JUDE JANNUZZI, an attorney duly admitted to practice law before the Courts of the State of New York, the Southern, Eastern, Northern and Western District of New York and the Second Circuit Court of Appeals, states the following under the penalties of perjury:

1. Simultaneous to the filing of this motion for a continuance is a motion by Barry Pollack, a member of the Federal Bar for the United States District Court for the District of Columbia to have me admitted Pro Hac Vice. I am also filing my application to be admitted in the Federal D.C. District.

2. A proposed disposition has been agreed to by the Government and the defendant. In accordance with that disposition, the defendant was to appear before the Court on Monday, May 1, 2006 at 12:00 p.m. to enter a plea.

3. Unfortunately, the defendant has been diagnosed with severe pancreatitis and is not able to travel from New York to Washington at this time.

4. As the defendant will require time to recover, coordinate with pre-trial services and be well enough to travel, the defendant requests a continuance until some time after May 24, 2006 and further requests that the matter be scheduled for a Wednesday convenient to the Court.

5. I have discussed this application with A.U.S.A. Timothy Lynch and Mr. Lynch consents to the same.

6. On behalf of Mr. Carr, I thank the Court for its consideration.

WHEREFORE, the defendant respectfully requests that his instant motion be granted with such further relief as the Court deems just and proper.

Dated: April 28, 2006

MICHAEL JUDE IANNUZZI
Bar Number Pending
775 Park Avenue, Suite 205
Huntington, New York 11743
(631) 385-8182

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Columbia's Local Rules, and/or the District of Columbia's Rules on Electronic Service upon the following parties and participants:

AUSA TIMOTHY LYNCH
Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20001

Michael Jude Jannuzzi
Bar Number Pending
Attorney for Andrew L. Carr, Defendant
775 Park Avenue, Suite 205
Huntington, New York 11743
631-385-8182