FILED

APR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

ANDREW L. CARR,

              Defendant.
------------------------------------------------x

DOCKET NO. CR-06-90 G.K.

ORDER OF CONTINUANCE

IT IS HEREBY ORDERED that the above matter be continued at the request of the defendant until *May 31*, 2006 at *2 p.m.* o'clock.

Dated: *April 28, 2006*

                              *Gladys Kessler*
                              GLADYS KESSLER
                              U.S. DISTRICT COURT JUDGE