NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                Criminal Number  06-90 (GK)

**Andrew L. Carr**
   (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Barry J. Pollack (DC #12415)**
(Attorney & Bar ID Number)

Kelley Drye & Warren LLP
(Firm Name)

**3050 K Street, NW, Suite 400**
(Street Address)

**Washington, D.C. 20007**
(City)       (State)       (Zip)

**(202) 342-8400**
(Telephone Number)