UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-90 GK |
| ) | |
| ANDREW L. CARR ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION OF
## MICHAEL JANNUZZI *PRO HAC VICE*

Undersigned counsel is a member of the Bar of this Court, and for the reasons set forth in the Declaration of Michael Jannuzzi, filed herewith, moves for the admission of Michael Jannuzzi *pro hac vice* to the Bar of this Court for the purpose of representing Andrew L. Carr in the above-captioned matter.

Date: May 3, 2006

Respectfully submitted,

KELLEY DRYE COLLIER SHANNON

By: /s/ B. Pollack
Barry J. Pollack
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, DC 20007-5108
Telephone: (202) 342-8472
Facsimile: (202) 342-8451

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )     Criminal No. 06-90 GK<br>)<br>ANDREW L. CARR                  )<br>)<br>           Defendant.        )<br>_____)| |

DECLARATION OF
MICHAEL JANNUZZI

Pursuant to Criminal Rule 44.1(d) of the local rules of the United States District Court for the District of Columbia, undersigned counsel, Michael Jannuzzi, who seeks to appear in this matter *pro hac vice* for the purpose of representing Andrew L. Carr, declares as follows:

1) The declarant's full name is Michael Jude Jannuzzi.

2) Mr. Jannuzzi's office address is: 775 Park Avenue, Huntington, New York, 11743. His telephone number is (631) 385-8182. His facsimile number is (631) 385-8182.

3) Mr. Jannuzzi is a member of the Bars of the State of New York (admitted January 16, 1987; Bar No. MJ6413), the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the Western District of New York, and the United States Court of Appeals for the Second Circuit.

4) Mr. Jannuzzi is a member in good standing of all the bars of which he is a member and has not been disciplined by any bar.

5) Mr. Jannuzzi has never been admitted *pro hac vice* in this Court.

Undersigned counsel attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that he be admitted *pro hac vice* to the Bar of this Court to appear in the above-captioned matter.

Date: May 3, 2006                    Respectfully submitted,


                                     By:    /s/  MICHAEL JANNUZZI
                                            MICHAEL JANNUZZI, ESQ.
                                            775 Park Avenue, Suite 205
                                            Huntington, New York 11743
                                            Telephone: (631) 385-8182
                                            Facsimile: (631) 385-7664
                                            *Counsel for Andrew L. Carr*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-90 GK |
| ) | |
| ANDREW L. CARR ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### [PROPOSED] ORDER

Upon consideration of the MOTION FOR ADMISSION OF MICHAEL JANNUZZI *PRO HAC VICE*, it is by the Court on this _____ day of May 2006 hereby

ORDERED that the MOTION FOR ADMISSION OF MICHAEL JANNUZZI *PRO HAC VICE* is GRANTED; and it is further

ORDERED that Michael Jannuzzi is hereby admitted to the bar of this Court *pro hac vice* to represent Andrew L. Carr in the above-captioned matter.

_____
Gladys Kessler
United States District Judge