**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANDREW L. CARR )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 06-90 GK<br><br>**FILED**<br>MAY 0 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**[PROPOSED] ORDER**

Upon consideration of the MOTION FOR ADMISSION OF MICHAEL JANNUZZI *PRO HAC VICE*, it is by the Court on this ___ day of May 2006 hereby

ORDERED that the MOTION FOR ADMISSION OF MICHAEL JANNUZZI *PRO HAC VICE* is GRANTED; and it is further

ORDERED that Michael Jannuzzi is hereby admitted to the bar of this Court *pro hac vice* to represent Andrew L. Carr in the above-captioned matter.

Gladys Kessler
United States District Judge