UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Criminal No. 06-0090

ANDREW L. CARR

## WAIVER OF INDICTMENT

I, **Andrew Carr**, the above named defendant, who is accused of:

18 U.S.C. 641 - Embezzlement of Government Money

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on May 31, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Gladys Kessler
United States District Judge