U.S. Department of Justice
U.S. Attorneys

**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA　　:

　　　　v.　　　　　　　　　　:

ANDREW CARR,　　　　　　　　:　　Case No.　06-0090 (GK)

　　　　Defendant.　　　　　　:

　　　　　　　　　　　　　　　　:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __31 st__ day of __MAY, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _May 31, 2006_ by __Special Agent Stanwyn A. Becton__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __United States Department of State, Office of Inspector General__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Stanwyn A. Becton__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

　　　　　　　　　　　　　　　　　　　　_Gladys Kessler_
　　　　　　　　　　　　　　　　　　　　Judge / Gladys Kessler

DOJ USA-16-1-80

DEFENSE COUNSEL