**FILED**

**MAY 3 1 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
:
v. : Criminal No. 06-90 (GK)
:
:
ANDREW CARR, :
:
Defendant. :
:

**ORDER**

It is hereby this 31st day of May, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Aug. 15, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Aug. 31, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Sept. 6, 2006 – 12 p.m.

**IT IS SO ORDERED.**

_Gladys Kessler_
Gladys Kessler
U.S. District Judge