**HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

**SEP 0 6 2006**

UNITED STATES OF AMERICA  : Docket No.: CR-06-0090

vs.  : SSN:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carr, Andrew L.  : Disclosure Date: July 27, 2006

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                 _____
Prosecuting Attorney                                         Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                                 _____
Defendant         Date                                       Defense Counsel         Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by 08/09/2006, to U.S. Probation Officer Linsey Epson, telephone number (202) 565-1376, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer