HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

OCT 1 3 2006

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andrew Carr                         Docket No.: 06-CR-90

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Andrew Carr__ having been sentenced, on September 06, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Otisville__, in __Otisville, NY__ by 2 p.m., on __October 25, 2006__.

Oct. 12, 2006
Date

Gladys Kessler
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                    DEFENDANT

Revised 6-2004

