*LAW OFFICE OF*
## MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

———

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

November 21, 2006

Hon. Gladys Kessler
U.S. District Court Judge
U.S. District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

    Re: U.S. v. Andrew Carr
        Case # 06-0090-01

Dear Judge Kessler:

    As your Honor may recall, I represent Andrew Carr. Mr. Carr appeared before the Court on September 6, 2006 for purposes of being sentenced on one count of theft of government property in violation of 18 USC 641.

    Your Honor sentenced Mr. Carr to eight months incarceration and two months of home detention.

    Notwithstanding the fact that your Honor clearly set forth the above stated sentence on Page 2 of the judgment, the Bureau of Prisons will not recognize the sentence as anything other than ten months of incarceration unless the home detention order is repeated in the section of the judgment that specifies supervised release. I have tried to get a clear explanation as to why this is the case but so far have not been successful.

    What has been made clear is that the simple solution is to have a consent order executed by the Court amending the provision of the judgment to include two months of home detention.

    Accordingly, I have drafted a consent order which I am annexing hereto along with a copy of the original judgment. I have been advised by AUSA Timothy Lynch that the Government consents to the proposed order.

Thanking the Court in advance for its anticipated consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:cl

cc:   AUSA Timothy Lynch