UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------X

UNITED STATES OF AMERICA,                                ORDER
                        Plainitiff,

          v.                                                                 CASE NUMBER: 06-0090-01

ANDREW CARR
                        Defendant.
-----------------------------------------------------X

      Upon letter application of Michael Jude Jannuzzi, Esq., the attorney for defendant, Andrew Carr, which was served upon the Government, for an order amending the judgment of this Court imposed on September 6, 2006, wherein Andrew L. Carr was, inter alia, sentenced to a term of eight months incarceration and two months home confinement with an additional term of supervised release of three years.

      Now, upon the motion of Michael Jude Jannuzzi, the attorney for defendant, Andrew L. Carr, the judgment imposed by this Court upon Mr. Carr on September 6, 2006 is hereby amended as follows:

      The section designated as "Additional Supervised Release Terms" is amended to include the following language:

      "Following a term of eight (8) months of incarceration, defendant, Andrew L. Carr, shall serve two (2) months of home detention".

      In all other respects, the said judgment remains unaltered.

Dated: November 21, 2006

                                                                                     _____
                                                                                   Hon. Gladys Kessler
                                                                                    U.S. District Court Judge