**FILED**

JAN 0 9 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **CARR, Andrew**                                    Docket No.: **CR-06-090-01**

## ORDER OF COURT

To adequately monitor and ensure payment of restitution, Mr. Carr's conditions of supervised release are modified to include the following:

You shall pay restitution at a rate of 10% of your gross monthly income for the duration of supervision.

Considered and ordered this 9th day of Jan, 2008.

_Gladys Kessler_
Gladys Kessler
United States District Judge

**Notice of Delivery To Parties:**

| | | |
|---|---|---|
| Timothy G. Lynch | Michael J. Jannuzzi | Vincent Danielo, USPO |
| U.S. Attorney's Office | 775 Park Avenue | United States Probation Dept. |
| 555 4th Street, N.W. 5233 | Suite 205 | 202 Federal Plaza |
| Washington, D.C. 20530 | Huntington, NY 11743 | P.O. Box 9012 |
| | | Central Islip, NY 11722 |